UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CORELINK, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19 CV 3233 JMB |
| ) | |
| E&N SURGICAL, LLC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the parties' Joint Motion to Modify the Case Management Order (ECF No. 20), seeking a stay of all pending deadlines in this case until January 31, 2021.

Upon consideration of the requested stay pending completion of alternative dispute resolution, the Court stays this matter and all deadlines in the Case Management Order until January 31, 2021.  Accordingly,

**IT IS HEREBY ORDERED** that parties' Joint Motion to Modify the Case Management Order (ECF No. 20) is GRANTED.

**IT IS FURTHER ORDERED** that all deadlines in the Case Management Order (ECF No. 14) are stayed until January 31, 2021, pending completion of alternative dispute resolution.

**IT IS FURTHER ORDERED** that the parties shall file a notice with the Court within ten days of the completion of alternative dispute resolution.  The parties shall file a joint status reports in writing no later than August 31, 2020, and December 31, 2020.

Dated this 21st day of April, 2020

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE